# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAMERON STRICKLAND** | : | **DOCKET NO. 2:19-cv-0254** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **STEPHANIE COCHRAN, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 18] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 5] filed by defendant Calcasieu Parish Sheriff's Office be **GRANTED** and that the Motions to Dismiss [docs. 8, 14] brought by defendants Cochran, Michels, and the Louisiana Department of Children and Family Services be **GRANTED** as to the 12(b)(1) grounds and **DENIED AS MOOT** as to the 12(b)(6) grounds. The claims against Cochran, Michels, and the Louisiana Department of Children and Family Services are thus **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1) and the claims against the Calcasieu Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** under Rule 12(b)(6).

**THUS DONE AND SIGNED** in Chambers this 17th day of June, 2019.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**